Vacated and Remanded and Opinion filed February 19, 2009








Vacated
and Remanded and Opinion filed February 19, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00723-CV

____________

 

MARK B. SUTTON, MDS RANCH, L.L.C.
AND MERIDIAN EXCHANGE CORPORATION, D/B/A BEE CREEK REALTY,
Appellants

 

V.

 

HORSESHOE HILLS, LTD., HORSESHOE
HOLDINGS, L.C., AND DON R. RIDDLE, Appellees

 



 

On Appeal from the 234th District
Court

Harris County, Texas

Trial Court Cause No.
2005-49192

 



 

O P I N I O N

This is
an appeal from a judgment signed June 14, 2007.  On February 9, 2009, the
parties filed a joint motion to set aside or vacate the judgment and remand the
cause to the trial court for rendition of judgment in accordance with the
parties= settlement agreement.  See
Tex. R. App. P. 42.1.  The
motion is granted.








Accordingly,
we vacate the judgment signed June 14, 2007, and we remand the cause to the
trial court for rendition of judgment in accordance with the parties= agreement.                                                                       

 

 

/s/        Eva
M. Guzman

Justice

 

Panel consists of
Justices Frost, Seymore, and Guzman